UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JACKSON,<br><br>　　　　　Petitioner<br><br>　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　Respondent. | Case No. 2:17-cv-02843-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 21, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE